IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,

        Plaintiff,

  v.

INTELLECTUAL VENTURES MANAGEMENT, LLC, et al.,

        Defendant.

CASE NO. CV-11-04407-SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John Spaccarotella, whose business address and telephone number is Desmarais LLP, 230 Park Avenue, New York, NY 10169, (212) 351-3400 and who is an active member in good standing of the bar of USDC SDNY; USDC DNJ having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/24/11

_____
Susan Illston
United States District Judge

United States District Court
For the Northern District of California