BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone:	415-813-6210
Facsimile:	415-813-6222

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTELLECTUAL VENTURES, LLC,<br>INTELLECTUAL VENTURES MANAGEMENT LLC,<br>DETELLE RELAY KG, LLC,<br>ROLDAN BLOCK NY, LLC,<br>LATROSSE TECHNOLOGIES, LLC,<br>TR TECHNOLOGIES FOUNDATION LLC,<br>TAICHI HOLDINGS, LLC,<br>NOREGIN ASSETS N.V., LLC, and<br>INTELLECTUAL VENTURE FUNDING LLC,<br><br>Defendants. | Case No.: CV-11-04407-SI<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO PERMIT DEFENDANTS TO FILE UNDER SEAL CONFIDENTIAL INFORMATION DISCLOSED IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS XILINX'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DECLARATION OF JOSEPH F. CHERNESKY** |

PLEASE TAKE NOTE THAT in the above captioned Court, United States Distict Court for the Northern District of California, San Francisco Division, Defendants Defendants Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Detelle Relay KG, LLC, Roldan Block NY, LLC, Latrosse Technologies, LLC, TR Technologies Foundation LLC, Taichi Holdings, LLC, Noregin Assets N.V., LLC, Intellectual Venture Funding LLC (collectively "Defendants") hereby do apply, *ex parte*, pursuant to Civil L.R. 7-10, Civil L.R. 79-5(c), Civil L.R. 79-5(d) and Illston, J. Standing Order No. 3 for an Order to Permit Defendants to File Under Seal Confidential Information Disclosed in Defendants' Reply in Support of Motion to Dismiss Xilinx's First Amended Complaint for Declaratory Judgment and Declaration of Joseph. F. Chernesky.

WHEREAS the requested relief is necessary and narrowly tailored to protect both parties' confidential information. Specifically, the following documents contain confidential information:

- **Defendants' Reply in Support of Motion to Dismiss Xilinx's Second Amended Complaint for Declaratory Judgment at pp. i:4-7, 2:10-21, 3:1-3, 3:16-22, 4:2-19, 4:22-23, 8:13-20, 9:21-10:9, 10:20-11:2, 11:5-8, 11:11-13, 11:19-12:2, 13:8-13**.

- **Declaration of Joseph F. Chernesky in Support of Defendants' Motion to Dismiss Xilinx's Second Amended Complaint for Declaratory Judgment.**

Good cause exists to seal the portions of the Reply in Support of Defendants' Motion to Dismiss Xilinx's First Amended Complaint for Declaratory Judgment (the "Reply") and the entirety of the Declaration of Joseph F. Chernesky ("Chernesky Declaration"). These documents contain highly confidential business information regarding the dealings and negotiations between the parties or their affiliates that could cause the parties to suffer harm if the information becomes publicly known. In addition, this Court has granted similar stipulated requests to file confidential business information under seal in this case and in the related case, *Xilinx, Inc. v. Invention Investment Fund I LP et al*, no. 3:11-cv-671.

Defendants requested that Xilinx, Inc. ("Xilinx") stipulate to filing the Reply and Chernesky Declaration under seal but have not received a response. Declaration of Andrew G. Hamill In

1  Support Of Defendants' Ex Parte Application ("Hamill Decl.") at ¶¶ 1-2.  Xilinx has not indicated
2  that it opposes this request.  Hamill Decl. at ¶¶ 1-2.  In fact, the parties submitted a stipulated request
3  to file similar confidential business information under seal earlier in this case and this Court granted
4  the request.  *See* Administrative Motion to File Under Seal (D.I. 59) (stipulated request to file
5  portions of Defendants' motion to dismiss under seal); Order granting 59 Administrative Motion to
6  File Under Seal (D.I. 62) (granting stipulated request to file under seal).  Further, in the related case,
7  *Xilinx, Inc. v. Invention Investment Fund I LP et al*, no. 3:11-cv-671, the parties stipulated to filing
8  similar confidential business information relating to the negotiations between the parties and their
9  affiliates numerous times.  *See*, *e.g.*, Stipulation and Proposed Order to Permit Xilinx, Inc. to File
10 Under seal Opposition to Defendants' Motion to Dismiss SAC (D.I. 110) (stipulation to file
11 opposition brief and supporting declaration under seal); Administrative Motion to File Under Seal
12 (Dkt. No. 117) (stipulated request to file confidential business information under seal).  This Court
13 granted those stipulated requests.  Order granting 117 Administrative Motion to File Under Seal (Dkt.
14 No. 123) (granting stipulated request to file under seal).
15         For the foregoing reasons Defendants respectfully request that the Court GRANT its
16 application for an Order to Permit Defendants to File Under Seal Confidential Information Disclosed
17 in Defendants' Reply in Support of Motion to Dismiss Xilinx's First Amended Complaint for
18 Declaratory Judgment and Declaration of Joseph. F. Chernesky.

Respectfully submitted,

Dated:  November 21, 2011                BLACK CHANG & HAMILL LLP
                                         Andrew G. Hamill


                                         By:      /s/
                                                Andrew G. Hamill

                                         Attorneys for Defendants
                                         Intellectual Ventures, LLC
                                         Intellectual Ventures Management, LLC
                                         Detelle Relay KG, LLC
                                         Roldan Block NY, LLC
                                         Latrosse Technologies, LLC

1
2
3

        TR Technologies Foundation LLC
        Taichi Holdings, LLC
        Noregin Assets N.V., LLC
        Intellectual Venture Funding LLC

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

**EX PARTE APPLICATION TO PERMIT DEFENDANTS TO FILE UNDER SEAL**      CV-11-04407-SI

| | |
|---|---|
| 1 | BLACK CHANG & HAMILL LLP |
| | Bradford J. Black (SBN 252031) |
| 2 | bblack@bchllp.com |
| | Peter H. Chang (SBN 241467) |
| 3 | pchang@bchllp.com |
| 4 | Andrew G. Hamill (SBN 251156) |
| | ahamill@bchllp.com |
| 5 | 333 Bush Street, Suite 2250 |
| | San Francisco, California 94104 |
| 6 | Telephone:     415-813-6210 |
| 7 | Facsimile:     415-813-6222 |
| 8 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC., | Case No.: CV-11-04407-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO PERMIT DEFENDANTS TO FILE UNDER SEAL CONFIDENTIAL INFORMATION DISCLOSED IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS XILINX'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DECLARATION OF JOSEPH F. CHERNESKY** |
| v. | |
| INTELLECTUAL VENTURES, LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, DETELLE RELAY KG, LLC, ROLDAN BLOCK NY, LLC, LATROSSE TECHNOLOGIES, LLC, TR TECHNOLOGIES FOUNDATION LLC, TAICHI HOLDINGS, LLC, NOREGIN ASSETS N.V., LLC, and INTELLECTUAL VENTURE FUNDING LLC, | |
| Defendants. | |

-1-

|   |   |
|---|---|
| 1 | |
| 2 | The matter before the Court **DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO PERMIT DEFENDANTS TO FILE UNDER SEAL CONFIDENTIAL INFORMATION DISCLOSED IN DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS XILINX'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DECLARATION OF JOSEPH F. CHERNESKY**. The Court has considered said application and all papers in support and opposition thereto and, finding good cause, hereby Grants the Ex Parte Application For An Order To Permit Defendants To File Under Seal Confidential Information Disclosed In Defendants' Reply In Support Of Their Motion To Dismiss Xilinx's First Amended Complaint For Declaratory Judgment And Declaration Of Joseph F. Chernesky. |

**IT IS SO ORDERED.**

Dated:  11-23-11

_____
Honorable Susan Illston
United States District Judge

-2-

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION
TO PERMIT DEFENDANTS TO FILE UNDER SEAL                                CV-11-04407-SI